FILED
02/23/2022
*Kathie Vigliotti*
CLERK
Hill County District Court
STATE OF MONTANA
By: Kathie Vigliotti
DV-21-2022-0000009-WS
Snipes Ruiz, Kaydee
1.00

Nathan J. Hoines
Attorney at Law
HOINES LAW OFFICE, P.C.
401 Third Avenue North
P.O. Box 829
Great Falls, MT 59403-0829
Telephone: (406) 761-0996
Facsimile:  (406) 761-3856

Attorney for Plaintiff

## MONTANA TWELFTH JUDICIAL DISTRICT COURT, HILL COUNTY

| | |
|---|---|
| JAY SPRINGER,<br><br>              Plaintiff,<br><br>      v.<br><br>NORTHERN ENGINEERING & CONSULTING, INC. (NECI),<br><br>              Defendants, | Cause No.  _____<br><br><br>**COMPLAINT** |

COMES NOW Plaintiff, Jay Springer, by and through his attorney of record, Hoines Law Office, P.C., and for its Complaint against Defendant hereby alleges as follows:

<u>FACTS</u>

1. Plaintiff is a resident of Hill County, Montana.

2. Defendant, Northern Engineering & Consulting, Inc., (herein referred to as NECI) is a Foreign Profit Corporation with principal office in Beltrami County, Minnesota.

3. Defendant operates an office located in Hill County at 160 6th Avenue West, Havre, Montana and does substantial business in Hill County, Montana.

4. Wallace Gladstone is the registered agent of Northern Engineering & Consulting, Inc., with address listed in Yellowstone County, Montana.

*Complaint*

5.  Lisa Gladstone is President of NECI and was the President during the occurrence of all subsequent facts.

6.  On the 18th day of August, 2012, Defendant made an offer of employment to Plaintiff.

7.  Plaintiff accepted this offer of employment and began working for Defendant as a Project Manager and as the individual responsible for overseeing the operations of Defendant's office located in Havre, Montana.

8.  Plaintiff did not sign or work under an employment contract with Defendant.

9.  Plaintiff completed his probationary period of employment.

10. Plaintiff became a shareholder in Defendant's company in September of 2020 and owns 52 shares.

11. On or before November 12, 2021, Defendant's board members met to discuss Plaintiff's termination of employment.

12. Plaintiff was not given notice of this meeting.

13. On November 12, 2021, Defendant sent a letter to Defendant terminating his employment. (Please see Exhibit "A" attached hereto.)

14. Defendant cited a lack of work as the reason for terminating Plaintiff's employment.

15. Prior to termination, Plaintiff was managing and overseeing approximately sixty-one (61) projects from the Havre office. Twenty-six (26) of these were new projects started in the year 2021 with contract amounts totaling nearly $350,000.

16. During a previous employment issue, Lisa Gladstone, NECI President, commented to Plaintiff that "sometimes you have to great creative when you want to terminate

*Complaint*

someone", suggesting the inappropriate behaviors in this matter are common practice at NECI.

17. After terminating Plaintiff's employment, Defendant sought to purchase all of the stock that Plaintiff owned in Defendant pursuant to the Stock Purchase Agreement.

18. In a letter dated November 12, 2021, Defendant claimed that the third-quarter valuation of the company was $467.50 per share and offered to purchase the shares for a total of $24,310.00.

19. After Plaintiff turned down Defendant's severance agreement, Defendant claimed that the third-quarter valuation of the company was $378.48 per share and indicated their intent to purchase Plaintiff's shares at this unexplained lower valuation.

20. Defendant's employee handbook requires that exit interview be given to employees upon an involuntary termination to discuss the termination checklist, pay information, and unemployment benefits among other things. (Please see Exhibit "B" attached hereto.)

21. After terminating Plaintiff's employment, Defendant did not offer him an exit interview to discuss the termination checklist, pay information, unemployment rights, benefit continuation, or any of the other information that Defendant's employee handbook provides will be covered in an exit interview.

22. The termination letter provided to Plaintiff on November 12, 2021, promised that Defendant was willing to work with Plaintiff to transition non-direct Tribal contracts to ongoing and potential projects to Plaintiff.

23. On or about November 15, 2021, Plaintiff responded to Defendant via email with a list of ongoing and potential projects that Plaintiff would like to consider taking over following his exit from Defendant's company.

24. On November 16, 2021, Plaintiff advised that he understood that he would be taken off Defendant's Verizon mobile account but requested that his phone, which he purchased, keep the same number so that he could continue to carry on business.

25. On November 22, 2021, Plaintiff's phone service was shut off and Plaintiff was unable to keep his original number because Defendant failed to provide the requisite information to Verizon.

26. Plaintiff immediately began searching for new projects following the termination of his employment. Plaintiff lost at least one of these projects due to a client's inability to contact him at his original number. (Please see Exhibit "C" attached hereto.)

27. On February 4th, 2022, Defendant sent Plaintiff a letter signed by President NECI, Lisa Gladstone, stating that the NECI Board of Directors had canceled Plaintiff's 52 shares of stock without any advance notice. (Please see Exhibit "D" attached hereto.)

<u>COUNT I: WRONGFUL DISCHARGE UNDER MONT. CODE ANN. § 39-2-904(1)(b)</u>

28. Plaintiff re-alleges all of the allegations in paragraphs 1 through 25 above.

29. Montana law provides that individuals who work without an employment contract and have completed the probationary period of their employment can only be terminated for good cause.

30. While Defendant provided that a lack of work was the reason for the discharge, this reason was clearly pre-textual, as Defendant had over 60 ongoing projects for Plaintiff to manage.

31. Defendant discharged Plaintiff without good cause despite Plaintiff having completed his probationary period.

32. These actions constitute wrongful discharge under Mont. Code Ann. § 39 -2-904(1)(b).

### COUNT II: WRONGFUL DISCHARGE UNDER MONT. CODE ANN. § 39-2-904(1)(c)

33. Plaintiffs reassert all allegations set forth in paragraphs 1 through 30.

34. Defendant's discharge violated their express provisions of their personnel policy by not offering Plaintiff an exit interview.

35. Failure to offer Plaintiff an exit interview deprived Plaintiff of a fair and reasonable opportunity to remain in a position of employment with the employer.

36. These actions constitute wrongful discharge under Mont. Code Ann. § 39-2-904(1)(c).

### COUNT III: BLACKLISTING

37. Plaintiffs reassert all allegations set forth in paragraphs 1 through 34.

38. After Plaintiff's termination, Plaintiff specifically requested that Defendant work with Verizon to ensure that Plaintiff maintained his phone number.

39. Plaintiff made clear to Defendant that failure to maintain his number would negatively impact his ability to obtain employment and retain his professional contacts.

40. Defendant failed to provide the necessary authorizations to Verizon for Plaintiff to keep the phone number associated with Plaintiff's phone.

41. Defendant took Plaintiff off of their phone account prior to providing any such authorizations, resulting in Plaintiff losing his phone number.

42. This prevented individuals from being able to contact Plaintiff at this number to hire him for their projects.

43. Plaintiff lost work due to the owner's inability to contact Plaintiff at his original number.

44. These actions or omissions have impeded Plaintiff's ability to mitigate his damages and have prevented Plaintiff from obtaining employment from others.

45. Plaintiffs requests damages pursuant to Mont. Code Ann. § 39-2-803.

COUNT IV: BREACH OF SHAREHOLDER AGREEMENT

46. Plaintiff reasserts all allegations set forth in paragraphs 1 through 43.

47. Plaintiff entered into a Stock Purchase Agreement with Defendant in September of 2020 in which both parties agreed to be bound by the terms of the Defendant's 2012 Stock Purchase Agreement.

48. The terms of Defendant's 2012 Stock Purchase Agreement clearly delineates that valuations of the company's shares will be made quarterly and any amount paid for shares purchased upon termination will be fair value based on these valuations.

49. Defendant's termination of Plaintiff was a pretext to repurchase the shares that Plaintiff had rightfully purchased in the company.

50. Defendant provided two different third quarter valuations to Plaintiff as to what his shares were worth. The first third-quarter valuation valued the shares at $467.50 each while the subsequent reported third-quarter valuation was $378.48 per share.

*Complaint*

51. Defendant altered the reported third-quarter valuation by $98.02 and substantially undervalued Plaintiff's shares in order to buy them back from Plaintiff at a lower price.

52. Defendant's pretextual termination, misreporting of the value of its shares, and undervaluation of the company in order to purchase Defendant's shares at lower than the market value violated the Stock Purchase Agreement entered into by Defendant and Plaintiff.

<u>COUNT IV: BREACH OF FIDUCIARY DUTY</u>

53. Plaintiff re-alleges and incorporates proceeding paragraphs 1-50.

54. Defendant, Northern Engineering & Consulting, Inc. (NECI), owes the duties of utmost good faith and loyalty to Plaintiff.

55. Based upon the facts outlined in paragraph17 and paragraph 18, Plaintiff has suffered damages due to the breach of fiduciary duty by Defendant (NECI).

<u>DAMAGES</u>

56. Plaintiff reasserts all allegations laid forth in paragraphs 1 through 51.

57. As a direct and proximate result of the Defendant's wrongful discharge of Plaintiff, Plaintiff has suffered a loss of employment benefits and a loss of income.

58. As a direct and proximate result of Defendant preventing Plaintiff from keeping the number associated with his phone, Defendant impaired Plaintiff's ability to obtain work and mitigate damages.

<u>RELIEF</u>

WHEREFORE, Plaintiff seeks damages for the wrongful discharge as authorized under Mont. Code Ann. § 39-2-905(1) and punitive damages for the blacklisting claim as authorized under

7

RELIEF

WHEREFORE, Plaintiff seeks damages for the wrongful discharge as authorized under Mont.

Code Ann. § 39-2-905(1) and punitive damages for the blacklisting claim as authorized under

Mont. Code Ann. § 39-2-803. Plaintiff seeks relief for Defendant's breach of the Stock Purchase

Agreement that they entered into with Plaintiff.  Additionally, Plaintiff seeks relief for

Defendant's Breach of Fiduciary Duty. Plaintiff prays for judgment against Defendant for any

and all other damages to which it is entitled under Montana Law, including reasonable

compensation for Defendant's actions, attorney's fees and reasonable costs incurred herein,

and any further relief which the Court may deem just and proper under the circumstances.

DATED this ___9TH___ day of January, 2022.

_____
Jay Springer

STATE OF MONTANA        )
                        : ss.
County of ~~Cascade~~ Hill        )

SUBSCRIBED AND SWORN to before me this ___9th___ day of January, 2022.

SARA EDGAR
NOTARY PUBLIC for the
State of Montana
Residing at Havre, Montana
My Commission Expires
February 7, 2025

(NOTORIAL SEAL)

_Sara Edgar_____
Notary Public for the State of Montana

HOINES LAW OFFICE, P.C.

By_____
Nathan J. Hoines
Attorney at Law

_Complaint_

8

# EXHIBIT A

November 12, 2021

Jay Springer
928 Boulevard Avenue
Havre, Montana 59501

RE:    Lay Off

Dear Mr. Springer:

After lengthy discussion the board has come to the difficult decision to end your employment with Northern Engineering and Consulting, Inc. (NECI) due to lack of work.

NECI will provide 4 weeks' pay as a severance package; refer to the severance agreement & release of claims. The effective date of the termination is Friday, November 12, 2021.

NECI will be purchasing your 52 shares of stock based on the third quarter evaluation of $467.50 per share totaling $24,310.00 in accordance with the Stock Purchase Agreement.

As of Friday, November 12, 2021, you have accrued 151.5 hours of personal time off (PTO). You will receive an electronic check for the hours ($47.00/hour * 151.5 hours = $7,120.50 less taxes).

NECI's primary interest is tribal work. You currently have ongoing projects and potential projects with other private clients, if you are interested in assuming the non-direct tribal contracts, we are open to discussion and transitioning those contracts. Our goal is a smooth transition for you, NECI, and the clients.

Please return all NECI equipment to the Havre office. The list of equipment is as follows:

1.    Office Keys
2.    Any other NECI owned equipment (refer to severance agreement)

We are aware that you purchased your latest cell phone, and that will be removed from the NECI Verizon account.

If you have any HR questions you can contact Holly Worth 218-547-1296. If you have any questions regarding transition, contact Lisa Gladstone. We appreciate your time with NECI and wish you the best in your endeavors moving forward.

Sincerely,

Lisa Gladstone
NECI Board President Chairperson

Michael McFarlane
NECI Board Vice President

Guy Ahlstrom
NECI Board Secretary

John Kluck
NECI Board Treasurer

Terry Freeman
NECI Board Member

Cc: Holly Worth, HR

EXHIBIT B

## **CONTENTS**

Introduction
    Welcome ................................................................. 1
    Company History ....................................................... 1
    Our Mission ............................................................ 1
Equal Employment Opportunity - Affirmative Action ............................ 2
Employee Classifications ................................................... 3 - 4
Work Attendance and Breaks ................................................. 5 - 6
Compensation ............................................................... 7
Overtime for Nonexempt Employees ........................................... 8
Performance Review ......................................................... 9
Sexual Harassment .......................................................... 10 -11
Workplace Violence and Weapons ............................................. 12
Benefits ................................................................... 13
Holidays ................................................................... 14 - 15
Paid Time Off .............................................................. 16 - 18
Extended Leave Time ........................................................ 19 - 20
Leave of Absence without Pay ............................................... 21 - 22
Inclement Weather .......................................................... 23
Secondary Employment (Moonlighting) ........................................ 24
Continuing Education ....................................................... 25
Registrations and Certifications ........................................... 26
Professional and Technical Memberships, Conference and Meetings ............. 27
Tuition Reimbursement ...................................................... 28
Part Time Employment of Immediate Family Members ........................... 29
Client Relations ........................................................... 30
Public Relations ........................................................... 31
Termination-Involuntary .................................................... 32
Termination-Voluntary ...................................................... 33
Telephone Policy ........................................................... 34
Computer/Electronic Media Use .............................................. 35
Health & Safety ............................................................ 36 - 39
Serious and Contagious Illness ............................................. 40
Tobacco-free Facilities .................................................... 41
Damage to Personal Articles ................................................ 42
Alternate Duty ............................................................. 43
Accident Investigation ..................................................... 44
Company-Owned Vehicle Use .................................................. 45 - 46
Employee-Owned Vehicle Use ................................................. 47
Employee Pregnancy Notification ............................................ 48
Drug and Alcohol Testing ................................................... 49 – 52
Disciplinary Action Policy.................................................. 53 - 54
Travel Policy............................................................... 55 - 59

*Northern Engineering & Consulting, I.*

## **Introduction**

*Welcome*

Welcome to our Company.  We want you to enjoy your work here and we want to be proud of you as an employee.

In this booklet we explain what the Company expects from you and what you can expect from the Company.

We have tried to use simple, clear language to avoid misunderstandings.  If any statement in this booklet is not completely clear to you, please ask your supervisor to explain it.

We hope that you will find satisfaction in your work.  We want to have a profitable and pleasant relationship with you.


*Company History*

James Garrigan, President and Wallace Gladstone, Vice President established Northern Engineering & Consulting, Inc. (NECI) in 1997 with the intent to provide professional engineering and consulting services to Indian Tribes, Federal and State Agencies, private firms, and contractors who may require the services of a minority business enterprise.

NECI specializes in civil engineering services and Public Law 93-638 contracting.  Services have been provided in Montana, Alaska, North Dakota, South Dakota, Minnesota, Wyoming and Arizona.  NECI is looking forward to working in Wisconsin and Oklahoma.

NECI is a Native American owned firm.


*Mission*

The goal of Northern Engineering & Consulting, Inc. is to create a value for its customers and opportunities for its employees as well as maximize the long-term investment of its stockholders.

In order to accomplish this, NECI's mission is to provide quality services which help build and maintain both the private and public infrastructures of our country.

*Northern Engineering & Consulting, Inc.*

**Equal Employment Opportunity**
**Affirmative Action**

**Policy**

Northern Engineering & Consulting, Inc. ("NECI") will provide equal opportunities to all employees and applicants for employment in accordance with all applicable equal opportunity/affirmative action laws, directives and regulations of federal, state, tribal and local governing bodies. Employment is at will.

**Practice**

We will not discriminate against or harass any employee or applicant for employment because of race, color, creed, religion, ancestry, national origin, gender, sexual orientation, disability, age, marital status or status with regard to public assistance.

NECI will take affirmative action to ensure that all employment practices are free of such discrimination. Such employment practices include, but are not limited to, the following: hiring, upgrading, demotion, transfer, recruitment or recruitment advertising, selection, layoff, disciplinary action, termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship.

NECI will take affirmative action to afford minority and female business enterprises the maximum practicable opportunity to participate in the performance of subcontracts for construction projects in which this company engages. We will commit the necessary time and resources, both financial and human, to achieve the goals of equal employment opportunity and affirmative action.

NECI will evaluate the performance of its management and supervisory staff on the basis of their involvement in achieving these affirmative action objectives as well as other established criteria. Any employee of this organization who does not comply with the equal employment opportunity policies and procedures as set forth in this policy will be subject to disciplinary action.

**Responsibility**

Each employee is responsible for observing this policy and should immediately bring concerns about equal employment opportunity issues to management.

Supervisors are responsible for notifying the management any time there is a concern about equal employment opportunity issues.

NECI will monitor all equal employment opportunity activities and report the effectiveness of equal employment opportunity programs to employees as required by federal, state and local agencies.

NECI will investigate and resolve any equal employment opportunity issues.

*Northern Engineering & Consulting, Inc.*

## Employee Classifications

**Policy**

NECI has established the following employee classifications based on hours worked. Benefit eligibility is determined by these classifications.

**Practice**

**Regular full-time employees**
Employees scheduled to work at least 40 hours per week are eligible for all benefits offered by the company as outlined in this guide.

**Regular part-time employees**
Employees scheduled to work less than 40 hours per week are eligible for benefits as listed below.

| Hours/Week | Benefits |
|---|---|
| Less than 20 hours | No benefits |
| 20 to 29 | Prorated benefits at 50 percent (includes vacation, Sick and holiday pay) |
| 30 to 39 | Insurance benefits and prorated benefits at 75 percent (includes Paid Time Off (PTO) and Extended Leave Time (ELT) and Holiday pay) |

**Project full-time employees**
Employees hired for the duration of a specific project are eligible for benefits equivalent to that of a regular full-time employee while employed on a project. There may be periods of inactivity or lack of work between projects when benefits do not apply.

**Temporary employees**
Employees, who work a defined period of time, at the time of hire, generally less than 6 months, receive no benefits.

**Seasonal employees**

Seasonal employees are those employees hired for a period of 6 or more months during peak workloads and are slated to be laid off when workloads decrease.

There are two classifications of seasonal employees, seasonal benefited and seasonal non-benefited.

\* Employees hired as seasonal employees are classified as seasonal non-benefited for their first period of employment. Holidays that occur during active employment are paid as shown below. PTO and ELT do not accrue, and group insurance benefits are not available.

| | | |
|---|---|---|
| Full time | 40+ hours | 8 hours of holiday pay |
| Part time | 30-39 hours | 6 hours of holiday pay |
| | 20-29 hours | 4 hours of holiday pay |

*Northe. Engineering & Consulting, I. .:.*

* If seasonal non-benefited employees are laid off and are subsequently rehired, their status would change to seasonal benefited at the time of rehire. If an employee does not get laid off and continues working they shall be considered seasonal benefited employees. Seasons begin May 1 and end November 1. All benefit eligibility would begin the first of the month after 30 days from the rehire date including vacation, sick accrual and group insurance.

* Accrual of PTO & ELT on subsequent (second or more) rehires would occur immediately upon rehire. Eligibility for group insurance benefits would be as follows.

| | |
|---|---|
| **Health** | If COBRA continuation is elected and is paid for during layoff, reinstatement is immediate upon rehire. If COBRA continuation is not elected, seasonal benefited employees must re-enroll at time of rehire and will be eligible the first of the month after 30 days. |
| **Life** | Insurance is in force for a maximum of 2 months from layoff then subject to COBRA as stated above. |
| **401K** | New employees will be required to be 21 and work for 1 year prior to becoming eligible to participate in the plan. The company will match the first 3% of salary deferral at 100%. The employee will match the next 2% at 50%. |
| **Profit Sharing** | New employees will be required to be 21 and work for 1 year prior to becoming eligible to participate in the plan. Contributions are at the discretion of the owners. They can contribute one year and not another, it depends on the profitability of the business. Employees do not contribute to the profit sharing plan. There is a vesting schedule for the profit sharing. It takes 6 years to become fully vested. 0% the first year of participation and 20% year for the next five years. |

**Nonexempt status**
An employee whose salary is computed on an hourly basis is paid for overtime and is nonexempt under the Fair Labor Standards Act. *

**Exempt status**
An employee who is paid on the basis of a monthly or annual salary and is exempt from overtime under the Fair Labor Standards Act. *

* For more information about the Fair Labor Standards Act, refer to a management official.

**Responsibility**

The employee has the responsibility to work the assigned number of hours.

Supervisors have responsibility to monitor hours worked by employees and to notify the appropriate people if regularly scheduled work hours change.
NECI has the responsibility to maintain records of employee classifications and the benefits associated with them. NECI is also responsible for reviewing all exceptions to this policy and ensuring consistent interpretation and practice of these classifications.

*Northern Engineering & Consulting, Inc.*

## Work Attendance and Breaks

**Policy**

Successful business operations depend on regular attendance by all employees. You are expected to report to work each day under normal circumstances.

**Practice**

Regular work hours are determined by management at each facility. Regular work hours at most facilities are 8:00 a.m. to 5:00 p.m., Monday through Friday (eight hours per day or 40 hours per week, and one hour for lunch breaks).

Although regular work hours in your department may be 8:00 a.m. to 5:00 p.m., changes to your regular schedule are allowed upon supervisory approval provided changes do not adversely affect clients or work within your department. The agreed upon schedule will remain the same until a change is requested and approved by your supervisor. Requests granted may be subject to a trial period of 30, 60 or 90 days.

**Absences**

If you cannot report for work at the regular time for any reason, please call your supervisor to report the absence as early as possible (within 15 minutes of normal start time). It is essential to talk directly to your supervisor to discuss work assignments that can be reassigned. Disciplinary actions or termination of employment may occur if an employee does not report to work on time without notifying the supervisor. An employee absent for three or more days without notification or prior approval is considered to have voluntarily resigned without notice.

Nonexempt employees will not be paid for hours missed due to inclement weather. The hours missed may be reported on time sheets as time off without pay or PTO. The hours missed may be made up provided they are made up during the same week they were missed with your supervisor's approval.

Absences longer than 3 days due to illness may require substantiation from a physician.

**Breaks**

Breaks are part of your work day. NECI provides a 15-minute break in the morning and a 15-minute break in the afternoon of each work day. The breaks should be taken. The length of the work day cannot routinely be shortened by eliminating breaks. The 15-minute breaks needs to be taken between 9:30-10:30 in the morning, and between 2:30-3:30 in the afternoon.

A lunch break should be taken between 12:00 p.m. and 1:00 p.m. Your supervisor may ask that lunch breaks be staggered so that departments are properly staffed at all times. For scheduling and safety reasons, lunch breaks may not be routinely shortened to compress the eight hour work day. A minimum of a half hour lunch is required.

**Responsibility**

You are responsible for reporting to work at the scheduled time on a regular basis. When you cannot report to work, it is your responsibility to promptly notify your supervisor.

*Northern Engineering & Consulting, I.*

Supervisors are responsible for reassigning duties as appropriate when employees are absent. It is also the supervisor's responsibility to address attendance issues with employees.

*Northei ⌃ Engineering & Consulting, i ⌃ .*

## Compensation

### Policy

NECI maintains wage, salary and other programs and procedures that encourage and reward superior performance. We strive to have a high-performing work force, which is compensated appropriately. It is our policy to recognize individual skills and abilities both in wages and career development opportunities.

### Practice

### Salary ranges

Each position is assigned a salary range based on the current market for the position. The minimum to midpoint of a range is generally where new employees or promoted employees are for a period of time until the employee can perform all parts of the job in a fully satisfactory manner. While competitive market rates and practices are considered in the establishment of ranges, knowledge, skills, responsibility and individual job performance are also considerations in establishing the appropriate compensation for an individual within an assigned range.

### Compensation adjustments

Salary adjustments, if appropriate, will occur at the end of the first quarter of each calendar year, and performance reviews will be conducted annually (usually from mid January to the end of February). If there are significant changes in market conditions or if employees are promoted, exceptions to this may occur on a case-by-case basis.

### Pay periods

Employees are paid weekly, every Friday, for a total of 52 pay periods per year.

### Responsibility

Employees are requested to observe confidentiality with regard to their compensation.

In conjunction with the employee, it is the supervisor's responsibility to review and modify the employee's job description so that current responsibilities are reflected at the time of salary review.

NECI management is responsible for establishing a wage and salary structure for the organization. They will periodically monitor the structure and associated ranges to ensure they are adequate to meet the needs of the company.

NECI Management will advise and assist supervisors in determining appropriate salary increases for employees in their work groups and will establish annual salary guidelines, and place all new jobs into the appropriate range in the structure.

NECI Management will make appropriate adjustments to the compensation structure based on cost-of-living data, market conditions and available market data.

*Northern Engineering & Consulting, Inc.*

## Overtime for Nonexempt Employees

**Policy**

Nonexempt employees will be paid overtime in accordance with the Fair Labor Standards Act (federal wage and hour guidelines) and this policy.

**Practice**

For accounting purposes, the work week starts on Sunday and ends on Saturday. Regularly scheduled work hours are 8:00 a.m. to 5:00 p.m., Monday through Friday, however, work hours may vary on a project by project basis.

Overtime will be paid only after a nonexempt employee works in excess of 40 hours in a work week. For purposes of calculating overtime, holiday hours are considered hours worked. PTO time does not apply toward hours worked.

Overtime is paid at a rate of 1.5 times the regular hourly rate of pay. If you are required to work on a Sunday, you will be paid at 1.5 times the regular rate of pay for each hour worked. Unless otherwise required by law (i.e. Federal Contracts may require 2.0 times the regular rate when working on Sundays or Holidays).

If you are required to work on a company-designated holiday, you will receive eight hours of holiday pay plus straight time for each hour worked.

These guidelines apply to all nonexempt employees.

Nonexempt employees who are not regularly scheduled on a Monday to Friday basis will be paid overtime in accordance with federal guidelines.

**Responsibility**

As a nonexempt employee, you have the responsibility to obtain approval from your supervisor prior to working overtime.

Supervisors have the responsibility for efficiently managing employees within a 40-hour work week. Discretion and good judgment should be used when authorizing overtime.

It is the responsibility of NECI management to determine nonexempt employee status and to ensure consistent interpretation of the guidelines set forth.

*Northern Engineering & Consulting, Inc.*

## Performance Review

### Policy

Employees will be formally reviewed on the performance of their job duties and associated expectations once per year. The performance review will also include a discussion on personal and professional development. A performance review may be done at any time but generally occurs at least once every 12 months.

### Practice

You will be given a self-appraisal form to complete prior to the performance review. Your supervisor will receive and complete performance review documents. Your supervisor may also request peer evaluations from others that are familiar with your job performance. Peer evaluations are incorporated into the review process, but are not a part of the employee's file.

### Responsibility

It is also your responsibility to be familiar with the content of your job duties. It is the supervisor's responsibility to be knowledgeable of your performance and to provide timely performance reviews. You and your supervisor are responsible for reviewing and modifying your job duties so that current responsibilities are reflected. This review is normally done at the same time the performance review is done.

*Northern Engineering & Consulting, i. ..*

## Sexual Harassment

### Policy

NECI will provide a working environment free of sexual harassment and gender discrimination in which all individuals are treated with respect at all times.

### Practice

All employees (whether regular or project full-time, regular part-time or temporary), external consultants and subcontractors will be provided a working environment free of sexual harassment. In addition, sexual harassment by corporation officers or employees toward any member of the public or any other company officer or employee is prohibited.

### Definition of sexual harassment

1.  Behavior such as, but not limited to, unwelcome sexual advances, requests for sexual favors, sexually-motivated physical contact, and other verbal or physical conduct or communication of a sexual nature when:

    a.  Submission to such conduct or communication is made either implicitly or explicitly as a term or condition of an individual's employment;
    b.  Submission to or rejection of such conduct or communication by an individual is used as a basis for an employment decision affecting that individual's employment; or
    c.  Such conduct or communication has a purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

2.  Other behavior of a sexual nature, whether subtle, overt or otherwise, including but not limited to:

    a.  Verbal harassment (epithets, derogatory remarks or slurs);
    b.  Physical harassment (gestures, assault, impeding or blocking movement, or any physical interference with normal work or movement);
    c.  Visual forms of harassment (derogatory posters, letters, poems, graffiti, cartoons or drawings); and
    d.  Requests for sexual favors or unwanted sexual advances.

### Procedure

When a decision is made to report sexual harassment, the person must decide to whom to report the complaint. The following are people with whom a complaint should be made to NECI management. The complaint will be investigated thoroughly. Care is taken to protect the confidentiality of the person making the complaint. When appropriate, disciplinary action will be taken. The person who made the complaint will be informed of the outcome of the investigation.

*Northern Engineering & Consulting, Inc.*

**Responsibility**

It is the responsibility of an employee who feels that he or she is being subjected to sexual harassment (in any form) or who believes he or she has witnessed sexual harassment (in any form) to contact NECI management.

It is the responsibility of a supervisor or manager to report any complaint of sexual harassment to NECI management and to encourage the person making the complaint to do the same.

It is the responsibility of those notified of alleged sexual harassment to report the incident immediately to NECI management.

It is the responsibility of NECI management to investigate all complaints thoroughly and in a timely manner.

Violation of this policy may subject an employee to disciplinary action, including discharge.

If the process indicated above does not remedy the situation, an employee can contact the Federal Equal Employment Opportunity Commission or state or local agency responsible to handle such matters.

Please contact NECI management for additional information, or refer to the government section of a telephone directory.

*Northern Engineering & Consulting, Inc.*

## **Workplace Violence and Weapons**

**Policy**

NECI is concerned about providing to each employee a workplace free of fear for personal safety. NECI expressly prohibits any acts or threats of violence by any NECI employee, client or visitor against any other person at any NECI workplace at any time.

**Practice**

Physical violence or other abusive behaviors will not be tolerated. Additionally, NECI employees, clients and visitors are not allowed to bring weapons to a NECI workplace, including parking lots. Weapons banned under this policy include any firearm, whether loaded or unloaded, any knife with a blade over 3 inches in length, or any device designed as a weapon and capable of producing death or great bodily harm, any combustible or flammable liquid or other device or instrumentality that, in the manner it is used or intended to be used, is calculated or likely to produce death or great bodily harm, or any fire that is used to produce death or great bodily harm. Exceptions to this ban include the following.

- Equipment or tools furnished to the employee by NECI to be used in performing the employee's work.

- Cased and legally transported, unconcealed long guns or other equipment used in conjunction with leisure sporting endeavors or client-related sporting endeavors, which are locked in the trunk of a motor vehicle or in the rear-most portion of the vehicle if the vehicle has no trunk.

- Hand guns properly registered and licensed, provided that the employee reports to his or her supervisor the fact that the employee has been licensed to carry a hand gun, and provided further that the weapon is locked in the employee's vehicle. No handgun or any other weapon may be removed from the vehicle or displayed to any person while on company premises, including parking lots and work sites.

**Responsibility**

NECI employees have a duty to inform their supervisor, or NECI management if they know of a violation of this policy or if they observe any threatening or abusive behavior or acts of violence at a NECI workplace. Every reasonable effort will be made to keep confidential employee reports and investigations pursuant to this policy, subject to disclosure required by applicable law. It is the responsibility of NECI management to investigate all reports of threatening, violent or abusive acts involving NECI employees. Violation of this policy may subject an employee to disciplinary action, including termination.

*Northern Engineering & Consulting, Inc.*

## Benefits

**Policy**

NECI provides eligible employees with a comprehensive benefits program after a 90 day probationary period.

**Practice**

NECI provides or makes available to employees the following programs. These programs are subject to change at any time.

- Comprehensive medical insurance (NECI pays 80%, Employee pays 20%, Dependents are Employee Responsibility)
- Life insurance (NECI pays 100%)
- Worker's compensation insurance
- Retirement Plan (401K) (see example below)
- Tuition reimbursement
- Profit sharing plan
- Flexible Benefits Plan

Upon retirement, continuation of some of these benefits will be offered, entirely at retiree expense, subject to the provisions of applicable law.

### *401K Match Example*

| Employee | NECI | Total |
|---|---|---|
| 1% | 1% | 2% |
| 2% | 2% | 4% |
| 3% | 3% | 6% |
| 4% | 3 ½% | 7 ½% |
| 5% | 4% | 9% |
| 6% | 4% | 10% |
| 7% | 4% | 11% |
| 8% | 4% | 12% |

*Northern Engineering & Consulting, Inc.*

## Holidays

**Policy**

Certain days are recognized throughout the year as holidays, and eligible employees receive pay for those days.

**Practice**

**Eligibility**
Regular full-time employees will be eligible for holiday pay immediately after being hired. Regular part-time employees scheduled to work 20 or more hours per week will be eligible for holiday pay on a pro-rata basis immediately after hire.

Employees classified as seasonal will be eligible for holiday pay depending on scheduled work hours. (See pages 2 through 4 for clarification.)

Employees classified as project full-time will be paid for any holiday which occurs during full-time scheduled hours.

Temporary employees and part-time employees scheduled to work less than 20 hours per week are not eligible for holiday pay.

**Designated holidays**
Eligible employees will be paid for the following holidays.

- New Year's Day
- President's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 1/2 Day
- Christmas Day

*and*
Two personal holidays

**Personal holiday**
Eligible employees will receive two personal holidays per calendar year.

Employees hired between January 1 and April 30 will receive two personal holidays.
Employees hired between May 1 and September 30 will receive one personal holiday.
Employees hired on or after October 1 will not receive a personal holiday during the remainder of the current calendar year.

Employees must complete three months of service to be eligible to use a personal holiday.

Employee Handbook                                                                                      14

*Northei Engineering & Consulting, I .*

The personal holiday must be approved at least one week in advance by your supervisor. A personal holiday can be used in conjunction with vacations or holidays, with prior approval from your supervisor.

The personal holiday cannot be carried over into the next calendar year or taken after an employee resigns. Compensation for an unused personal holiday will not be paid at time of termination.

All personal holidays must be taken in full-day increments.

**General**

A holiday falling on Saturday or Sunday will be shifted back to Friday or forwarded to Monday in accordance with standard business practice for that holiday.

**Responsibility**

As an employee, it is your responsibility to obtain approval prior to taking a personal holiday. Managers and supervisors have the responsibility to grant personal holidays based on client service needs, staffing requirements and preferences of the employee.

*Northern Engineering & Consulting, Inc.*

## Paid Time Off

**Policy**

NECI will provide all employees with Paid Time Off (PTO) according to years of service and eligibility.

Each employee needs an opportunity to be away from work, whether as a time of relaxation, vacation, sickness or personal emergencies. NECI's policy regarding time away from work is divided into two categories:

1. Paid Leave, including Paid Time Off (**PTO**), and Extended Leave Time (**ELT**)
2. Unpaid Leave

**Eligibility**

Regular full-time employees will be eligible for vacation benefits beginning the first of the month following 30 days of service. Regular part-time employees scheduled to work 20 or more hours per week will be eligible for vacation benefits, on a pro-rata basis, beginning the first of the month following 30 days of service.

Employees classified as seasonal may be eligible for vacation benefits depending on regularly scheduled work hours. (Refer to pages 3 and 4 for clarification).

Employees classified as project full-time will be eligible for vacation benefits beginning the first of the month following 30 days of service. No vacation accrual occurs during periods of inactivity.

Temporary employees and part-time employees scheduled to work less than 20 hours per week are not eligible for vacation benefits.

**Summary of Paid Leave**

| Length of Service | Accrual Rate | Accrual Hours | Accrual Weeks | Maximum Accrual |
|---|---|---|---|---|
| 0-3 Years | 2 hrs/weekly | 104 hrs/yr | 2.6 wks/yr | 156 hrs/maximum |
| 4-6 Years | 2.5 hrs/weekly | 130 hrs/yr | 3.25 wks/yr | 195 hrs/maximum |
| 7-15 Years | 3 hrs/weekly | 156 hrs/yr | 3.9 wks/yr | 234 hrs/maximum |
| 15 + | 3.5 hrs/weekly | 182 hrs/yr | 4.55 wks/yr | 273 hrs/maximum |

Up to a maximum 1 1/2 times annual accrual
*Exemptions maybe negotiated at time of pre-employment*

**ELT Accrual**

1 hrs/weekly (160 hours maximum)

*Northe~ Engineering & Consulting, 1 ~..*

## Practice

PTO hours are to be used for relaxation, sickness and emergencies, military leave, inclement weather, days which have a particular religious significance to employee, necessary personal business and other personal needs as determined by each employees.  For short term illness of three days or less, an employee should use PTO or may request unpaid leave.  Employees are strongly encouraged to take at least a full week of consecutive PTO whenever possible.  PTO of less than a full day for vacation/relaxation purposes is discouraged.

## Policy

Paid Time Off (PTO) is granted to every regular employee.  Every week, employees accrue a portion of their annual PTO.  The amount earned depends on length of service or what is negotiated at time of pre-employment and is summarized on page 15.  PTO is pro-rated for part time employees.  Temporary employees do not accrue PTO.

## Accrual Date

PTO and ELT is credited weekly and a running total is kept by the employee on his time card and is checked by his supervisor weekly.  An official record is maintained by administrative staff.

## Scheduling PTO

Employees may request use of their accumulated PTO at any time during the year, subject to the approval of the immediate supervisor and office manager.  Although maximum consideration will be given to the desires of the employee, there will be occasions created by work-dictated reasons which require that some employees reschedule their PTO dates.  In the event that two employees request the same time off, and if both being gone would be a hardship for the company, the employee who first made the request will be given preference.  Employees should try to request PTO well in advance (preferably 30 days) if at all possible.

To qualify for unscheduled PTO due to illness or other unexpected events, the employee must notify the office manager by 9:00a.m. of every morning during every day the employee does not report to work because of illness.  If the individual is too ill to speak on the phone, a family member should report.

## Payment "In Lieu of" PTO

Because the purpose of PTO is to give an employee time away from work, no payments in lieu of PTO will be made.

## Payment at Termination

A person who terminates employment will be paid all accrued PTO at the time of termination, regardless of the reason for termination.

*Northe~~n~~ Engineering & Consulting, ~~Inc.~~*

**"Borrowing" PTO**

Employees may "borrow" up to 24 hours of unearned PTO from the company.  Those who do so agree that, should their employment be terminated, any PTO still "owed" at that time will be deducted from their final pay check.

**PTO Pay/Time Sheets**

PTO pay shall be computed at the straight-time rate for the non-exempt employee's regular work schedule, based on the regular pay which the employee would have received had he or she been working, and shall not included overtime or any other extra payments.  If a regular pay day falls during PTO, NECI will, upon request mail your pay check to your bank with a deposit slip you provide.  Employees should note PTO on their time sheets for every instance of its usage.

**Holiday during PTO**

When a paid holiday occurs during the vacation period, it will not be charged as a day of PTO, but will be recorded as a holiday.

*Northern Engineering & Consulting, Inc.*

## Extended Leave Time (ELT)

ELT is earned for an employee's personal emergencies, long term illnesses, maternity leave (only when medically required), injuries, etc. that exceed three consecutive working days and when a doctor has been consulted. ELT may also be used for the illness of a spouse/child for such reasonable periods of time as the employee's attendance with the family member may be medically necessary and when the illness exceeds three consecutive working days. For short term illnesses of three days or less, an employee should use PTO or may request unpaid leave.

Accrued ELT may also be used for jury leave (without using three days of PTO first). Jury duty is an obligation and a privilege of citizenship. During this time of service you will be paid your regular wages. When jury duty does not demand your services for a full day you must return to your job or use PTO. This policy does not apply to serving as a grand juror. Because a grand juror is on call for one year, the potential disruption of NECI's business is much greater. Employees who are called to serve on a grand jury should discuss the matter with the office manager to determine whether the company can accommodate the request.

If there is a death in your immediate family (immediate family is defined as spouse, child, brother, sister, parent, mother/father-in-law), up to five days of ELT may be granted, depending upon the time you are necessarily involved. One day of ELT shall be granted for the death of a relative outside the immediate family.

ELT will not be granted for time off from work that is compensated by workers compensation or disability insurance.

An employee returning from ELT will be reinstated in his/her former position or to a position of like pay and status.

### Policy

ELT is granted to every regular employee. Employees accrue one hour of ELT every week to a maximum amount of 160 hours. Once the ELT and PTO have been exhausted, an unpaid leave of absence should be requested (see Leave Without Pay). ELT is pro-rated for part-time employees. Temporary employees do not accrue ELT.

### Accrual Date

ELT is credited biweekly and a running total is kept by the employee on his paystub and is checked by his supervisor weekly.

### Payment "In Lieu of" ELT

Because the purpose of ELT is for emergencies and to protect the employee's income when unable to work due to extended medical condition, jury duty or funeral leave, no payment in lieu of ELT will be made.

*Northern Engineering & Consulting, Inc.*

**Payment at Termination**

Unused ELT is not paid out at the time of termination, regardless of the reason for termination.

**Effect of Using All Paid Leave**

Following use of accrued ELT and PTO, further time away from work for illness will be without pay.

**Position Guaranteed**

A NECI employee who is on paid leave as defined above, (PTO, ELT) is guaranteed a position upon his or her return.  No such guarantee will be extended to those on leave of absence without pay, except those who are on parental leave and other leaves as required by federal and state law.

**Make-up of Lost Time**

A non-exempt employee may, if he or she wishes to do so and with prior approval, make up to 8 hours of lost time, to avoid suffering a decrease in weekly earnings caused by a leave without pay.  Provided that the make-up takes place during the same week the time was taken off.  There is no obligation to pay for overtime that is used to make up lost time.

*Northe... Engineering & Consulting, ...*

## Leave of Absence without Pay

An employee may be granted a leave of absence without pay for sufficiently valid or necessary reasons. Requests for leave will be considered on the basis of the employee's length of service, performance, responsibility level, the reason for the request, and the expected impact of the leave on the company. Each case will be considered on an individual basis and approval is at the discretion of the stockholders.

Accrued PTO must be used prior to the start of a leave of absence without pay except during medical leave of absence without pay. It is understood that following a leave of absence without pay, except for military and parental leave, there is no guarantee of any kind of re-employment offered the employee by the company. Employees who return from leave without pay will receive first consideration for open jobs, but, other than military leave, he/she does not have a "right" to their old jobs. Examples of acceptable reasons for leave without pay include:

- Professional obligations to national organization
- Extended illness
- Educational leave of absence
- Parental leave
- Military leave
- Jury duty (when paid leave is exhausted)
- Business or educational consultation
- Slow periods

## Maximum Length of Leave

Each request will be evaluated on a case by case basis and the length of leave determined by factors such as employee's responsibility level, length of service, performance, reasons for request and impact on the company.

## Effect upon Length of Service

The period of leave without pay will not count toward years of service when determining eligibility for various benefit programs.

## Benefits During a Leave of Absence Without Pay

All benefits lapse during a leave of absence without pay. Holidays are not paid, and vacation and sick leave credits do not accrue. Medical and other group insurance benefits lapse at the end of the month following the commencement of a leave of absence without pay.

Some group benefits may be continued during the leave by the employee's paying the full cost of coverage in advance. This option is at the discretion of the Board of Directors and must be authorized by NECI's Business Manager.

*Northern Engineering & Consulting, Inc.*

**Military Leave**

Employees who are a member of some branch of the armed services will be granted an unpaid leave for training purposes, or if the unit is activated. An employee may use accrued PTO to cover loss of income. Otherwise, such military duty compensation will offset normal salary payments. Reserve and Guard members will be reinstated to their former positions following their two week training obligations. Employees who are away from work for extended periods because their unit is activated will be returned to a position similar to the one held before military service.

**Parental Leave**

Parental leave of up to twelve (12) weeks will be granted to a new parent, natural or adoptive, provided they have been employed by NECI for at least one year. Parental leave begins the second day after discharge from the hospital. The period of time will be agreed upon at the time of granting leave. The employee may use accrued PTO to make up lost income during this unpaid leave. Upon return, the employee will be reinstated in his/her former position or to a position of like pay and status.

Maternity leave is eligible for ELT paid leave only if medically necessary and required by the patients physician.

*Northern Engineering & Consulting, Inc.*

## Inclement Weather

### Policy

In order to meet our responsibilities to our clients, it is the policy of NECI to stay open, except in extreme situations, when inclement weather conditions exist. However, in the interest of employee safety, we have established the following guidelines with regard to inclement weather.

### Practice

The need for employees to report to work during an inclement weather situation varies. Therefore, it is important for you to contact your direct supervisor when inclement weather conditions exist to determine if reporting to work is appropriate based on the conditions in your immediate area. NECI management has responsibility for determining whether conditions are such that closures, late openings or early dismissals are appropriate.

Whenever possible, affected employees will be notified of closures, late openings or early dismissals through the company voice mail system or other appropriate channels.

If weather conditions prevent a nonexempt employee from being at work for either a partial day or full day, the missed time must be charged as personal holiday, PTO or time off without pay. Exempt employees are asked to charge the time as personal holiday or PTO for full-day absences.

### Responsibility

Recognizing the importance of personal safety and individual circumstances, employees are encouraged to use their own discretion when deciding to report to work when inclement weather conditions exist.

Employees are responsible for contacting their immediate supervisor as soon as possible if they cannot report to work due to inclement weather.

Company management (as described above) is responsible to make reasonable decisions with regard to late openings, early dismissals or closures.

*Norther̂  Engineering & Consulting, î .*

## Secondary Employment (Moonlighting)

**Definition of moonlighting**  - work a second job, usually after hours.

### Policy

Outside employment by other employers is discouraged.

### Practice

If you wish to take secondary employment, you must receive prior written approval from your supervisor. Full mental and physical capabilities may be hampered by holding more than one job, and our responsibilities to our clients oblige us to ask that outside employment be avoided. Any unapproved involvement in secondary employment which creates a conflict of interest for either the company or its clients may result in disciplinary action up to and including termination.

### Responsibility

It is your responsibility to receive approval to pursue secondary employment from your supervisor.

It is your supervisor's responsibility to review requests to engage in secondary employment. It is also their responsibility to bring concerns regarding secondary employment to the board of directors.

It is the responsibility of the board of directors to review an employee's desire to pursue secondary employment with the employee and the supervisor.

*Northern Engineering & Consulting, Inc.*

## Continuing Education

**Policy**

We support the continued educational & professional development of our employees by paying for seminars and courses appropriate to the employee's job and career development.

**Practice**

**Eligibility**

Regular full-time employees will be eligible for continuing education after completing three months of service. Regular part-time employees who work a minimum of 20 hours per week will be eligible, on a prorated basis, after completing three months of service.

Temporary and part-time employees who work less than 20 hours per week are not eligible for this program.

**Procedure**

You should submit a completed request to attend seminar/conference form to your supervisor for approval. If your supervisor approves your request, schedules should be arranged to ensure that work needs are covered during the time of the seminar.

If courses of instruction are directly related to your assigned duties within the firm, financial aid may be available. Your application for financial assistance will be considered by the principals on the basis of your length of service with the firm, available funds, and the applicability of the course of study to the present and future needs of the firm. You are expected to pay for the instruction, fees, and materials and will be reimbursed upon successful completion of the course and in the amount agreed to prior to attendance.

If you are taking a course at the request of the firm, the responsibility for all travel, fees, and other authorized expenses is assumed by the firm. Time out of the office during normal working hours to attend such a course will be counted as regular hours worked.

**Responsibility**

You are responsible for submitting the completed request to attend seminar/conference form to your supervisor.

Your supervisor is responsible for approving appropriate seminars.

You and your supervisor are jointly responsible for determining if someone needs to be assigned to cover for you during your absence.

You are responsible for attending seminars through completion, if not, you will be required to reimburse the company all fees (travel, lodging, registration fees, etc).

*Northern Engineering & Consulting, Inc.*

### Registrations and Certifications

**Policy**

The company may pay the initial examination fees and renewal fees for those full-time employees whose responsibilities require professional registration or certification.

**Practice**

**Eligibility**

You may be eligible if you are a full-time employee whose responsibilities include analysis, reporting and recommendations that, by state or federal law, require professional registration or certification.

**Responsibility**

It is your responsibility to notify your supervisor of your need to take an examination for professional registration or to renew a registration. Your supervisor has the responsibility to approve all appropriate efforts to achieve or maintain registration or certification, when it is required.

Upon achieving professional status, you have the responsibility to display the registration certificate, as well as appending the appropriate designation to your signature on all appropriate reports and documents.

*Northern Engineering & Consulting, Inc.*

**Professional and Technical Memberships,**
**Conference and Meetings**

**Policy**

The company may pay for approved professional/technical memberships for employees, attendance at approved conferences and for agreed-upon meeting expenses. When approved, the company normally pays for one membership per employee.

**Practice**

As a full-time employee, you may be eligible for paid membership in those professional and technical organizations in which you actively participate. Active participation requires your regular attendance and contribution at meetings. Upon approval of a presentation, you may be eligible for a monetary award of $250 for each presentation given at a professional meeting.

If you wish to attend a conference, you must submit a completed request to attend seminar/conference form to your supervisor for approval. With approval, the cost of meals and other meeting and conference expenses will be reimbursed. If presenting a paper, an outline of your presentation and official documentation from the conference must be submitted in order to receive an award.

Time off to attend conferences and meetings may be paid for by the company and will be charged to your department. NECI may pay for the employees time in the class but typically not travel unless 8 hours in a day.

**Responsibility**

You have the responsibility to identify those professional and technical organizations to which you wish to belong, and discuss this with your supervisor. NECI management must approve your request. Please complete a membership request form and submit it to your supervisor who will consult with NECI management and obtain required approvals. Attendance at conferences should be discussed with and approved by your supervisor.

You are responsible for submitting the completed request to attend seminar/conference form to your supervisor with adequate time for review.

*Northe.___Engineering & Consulting, ___.*

## Tuition Reimbursement

### Policy

NECI will assist employees in furthering their education through reimbursement of tuition costs of undergraduate college courses which are directly related to work assignments or career development. Reimbursement is discretionary and may be limited by company financial performance.

### Practice

### Eligibility

Regular full-time employees who have completed one year of service with the company will be eligible for tuition reimbursement.

### Eligible costs

The company will pay for text books and tuition costs for up to four credit hours in any one semester or quarter, not to exceed $2,500 annually, for courses that are considered to be directly related to work assignments or career development.

The company does not reimburse expenses for late registration fees, mileage or parking fees.

### Tuition advance/payment

If you are taking approved courses, you can be advanced up to 50 percent of the tuition costs prior to enrollment. The additional reimbursement will be paid when you successfully complete the course with a final grade of "C" or better or "P" (in a pass/fail course) and submit a transcript showing the successful completion of the course.

Payment of tuition costs is considered an advance against successful completion of the course. If you fail to complete the course, terminate your employment before completing, the course or fail to achieve a final grade of "C" or "P" (in a pass/fail course), you are required to reimburse the company the full amount of the advance.

In addition, if you voluntarily terminate your employment with NECI, you are obligated to reimburse all or a portion of the tuition as specified below.

- Employment termination up to 4 months after class completion = 100% reimbursement
- Employment termination 4 to 9 months after class completion = 50% reimbursement

### Responsibility

You are responsible for identifying courses that are appropriate to your work assignment or career development and requesting approval to attend the courses. All requests for tuition reimbursement must be approved by your supervisor and NECI management. When you have completed the course, you are responsible for submitting a Request for Tuition Reimbursement which includes an agreement for recovery of training/tuition expenses. It is the responsibility NECI management to review all exceptions to this policy and to ensure consistent interpretation of the guidelines set forth.

*Northe. Engineering & Consulting, .*

## Part Time Employment of Immediate Family Members

**Policy**

We permit the part time employment of relatives of employees consistent with good employment and business practices.

**Practice**

An immediate family member is defined as a spouse, significant other, child or parent.

**Responsibility**

NECI management is responsible for ensuring that any job placement within the company does not violate this policy.  The management is also responsible for notifying and working with the employee as far in advance as possible of any known marital status changes which may affect this policy.

NECI management is responsible for administering this policy and ensuring the consistent application of its interpretation and intent.

*Northe͡ Engineering & Consulting, ͡.*

## Client Relations

### Policy

Developing and maintaining good client relationships is vital to the success of NECI.
Employees must devote their time and efforts towards serving the best interests of our clients.

### Practice

To work effectively with our clients, we require employees to:
- Treat clients honestly, fairly and with respect.
- Handle clients requests, both oral and written, promptly and courteously.
- Guard and protect client information. All test results, reports and recommendations are **confidential** and should be discussed only with the client or other specifically involved with the client's design professionals or contractors on the project.
- Constantly improve methods, techniques and knowledge in order to provide better service to our clients.
- Accept any client complaints with patience, and quietly and courteously make a full and satisfactory explanation, exercising tact at all times.

### Responsibility

It is your responsibility as an employee to avoid possible conflicts of interest. You should not accept or offer unusual gifts or favors from or to persons outside the company who are in any way concerned with a project on which we are professionally engaged, or from or to those selling equipment or supplies to our company.

*Northe:* ⌢ *Engineering & Consulting,* ⌢.

## Public Relations

### Policy

Employees must consider themselves representatives of NECI at all times. Favorable impressions made on people outside our company benefit the entire organization. Goodwill can directly and indirectly affect growth and increase opportunities for employees. An outsider looks on each employee as a representative of the company and may judge the entire organization by an employee's actions.

### Practice

**Use of company letterhead**
Employees may not use company letterhead for correspondence not involving company business or to express personal conclusions, give unauthorized letters of reference or state points of view. Someone outside the organization may view such use as an official position of the company.

**Media requests for information**
Some company projects or services may be deemed "newsworthy" by the press. Media representatives may ask you for information on these projects. You may also be asked for information on projects where we had no involvement, but a failure, injury or death has taken place.

Since employee responses to the media can have severe public relations and liability ramifications for the company, all requests for information should be courteously referred to NECI management. In many cases, they will involve legal counsel as well as NECI management official in making a response.

**Confidential nature of information on client projects**
On all projects, the test information obtained and the consulting information provided to clients is for the exclusive, confidential use of the client. No information should be released except to authorized persons within a client company. If you have doubts about whom to release information to within a client company, refer inquiries to NECI management. Most people are reasonable and understand the need for client confidentiality. Please be forthright, helpful, firm, and avoid responses, which could be construed as smart or rude.

### Responsibility

It is your responsibility to direct media requests to the appropriate person, and to respect the confidentiality of client information.

It is the NECI management's responsibility to assure this policy is observed.

*Northern Engineering & Consulting, Inc.*

## Termination-Involuntary

### Policy

Involuntary terminations are identified as:

**Dismissal**
Based on unacceptable job performance, misconduct or failure to conform to company policy or practices.

**Position elimination**
The result of a change in the nature of an individual's job responsibilities, a structural reorganization, staff reduction or similar changes in the nature of the company's business.

### Practice

An employee who is terminated will be paid through the termination date, less any unaccrued vacation time the employee had previously been compensated for.

All company property (manuals, keys, etc.) must be returned to your supervisor prior to or on the last day of employment.

The supervisor will complete a termination checklist on each terminating employee.

An exit interview will be conducted by NECI management for each terminating employee. Subjects to be discussed include the termination checklist, pay information, unemployment rights, exit interview discussion, a forwarding address, and benefit continuation and conversion privileges.

Your final paycheck normally will be processed within 24 hours as required by law.

### Responsibility

It is our responsibility to give an employee as much notice as possible in an involuntary termination. Supervisors must inform NECI management immediately of any involuntary termination within the work group. The supervisor is also responsible for collecting all company property, completing all appropriate paperwork and forwarding all files on the employee to NECI management.

*Northe*⌒*Engineering & Consulting, I*⌒.

## Termination-Voluntary

### Policy

Any employee who voluntarily resigns a position with the company you are required to provide the company with at least a two-week notice.

### Practice

If you voluntarily resign, you will be asked to submit a letter of resignation.

You will be paid through your termination date less any unaccrued vacation time the employee had previously been compensated for.

All company property (manuals, keys, etc.) must be returned to your supervisor prior to or on the last day of employment.

The supervisor will notify NECI management immediately upon receiving a resignation from an employee.

The supervisor must complete a termination checklist on each terminating employee.

An exit interview will be conducted by NECI management for each terminating employee. Subjects to be discussed include the termination checklist, pay information, unemployment rights, exit interview discussion, a forwarding address, and benefit continuation and conversion privileges.

Your final paycheck normally will be processed within 24 hours as required by law.

### Responsibility

Employees are asked to give us as much notice as possible of a voluntary resignation, preferably a minimum of two weeks. This includes a formal letter of resignation. It is the responsibility of the supervisor to inform NECI management immediately of any voluntary resignation within the work group. The supervisor is also responsible for collecting all company property, completing all appropriate paperwork and forwarding all files on the employee to NECI management. It is the responsibility of NECI management to arrange for an exit interview, the employee's final paycheck, benefit information and forms for the terminating employee.

*Northern Engineering & Consulting, I.*

**Telephone Policy**

**Policy**

NECI maintains a telephone and voice mail system for business use. NECI management may discipline employees who violate this policy or abuse phone or voice mail privileges. This policy also applies to business cellular phones.

**Practice**

**Voice Mail**
The voice mail system, when used properly, can improve client satisfaction and increase productivity. Please see the office manager for more information.

**Personal Calls**
NECI recognizes that some personal telephone calls are necessary. However, these calls should be kept to a minimum and be as brief as possible. An employee may be subject to disciplinary action for excessive time spent on personal calls.

Long distance personal calls billed to the company are not appropriate.  Employee is responsible for reimbursing the company for unauthorized calls. NECI has telephone software installed to track how often telephones are used and for how long.

**Harassment**
The company will investigate claims received regarding harassing phone calls. Any employee who receives harassing phone calls should report the incident immediately to their supervisor or NECI management.

**Responsibility**

It is the employee's responsibility to read and understand the instructions for the voice mail system and the operation of your telephone. Please see the office manager if you have any questions regarding the voicemail system.

Employees should use "800" lines when available and appropriate.

It is the responsibility of a supervisor or manager to report any complaint of harassing phone calls to NECI management and to encourage the person making the complaint to do the same.

It is the responsibility of those notified of alleged harassing phone calls to report the incident immediately to NECI management.

It is the responsibility of NECI management to investigate all complaints thoroughly and in a timely manner.

It is the employee's responsibility to read and understand their cell phone plan.  Any overages or extra charges not included in the cell phone plan will be charged back to the employee at cost + $5.00 administration fee.

*Northern Engineering & Consulting, Inc.*

## Computer/Electronic Media Use

### Policy

Computers, computer systems and electronic media equipment (including computer accounts, laptops, printers, networks, software, electronic mail, internet and intranet access connections) at NECI are provided to employees for business-related use. It is the responsibility of NECI employees to see that these information systems are used in an efficient, ethical and lawful manner.

### Practice

The use of information technology is a privilege extended to employees by NECI, which may be withdrawn at any time. Use of this technology should be consistent with your current responsibilities and for legitimate business purposes.

Fraudulent, harassing, threatening, discriminatory, sexually explicit or obscene messages and/or materials are not to be transmitted, printed, requested or stored on company computers.

The company provides these systems for internal and external communication and data exchange purposes. Employee passwords are required for access to these systems, but the use of passwords does not necessarily guarantee confidentiality.

### Responsibility

Employees are responsible for complying with this policy. Violation of this policy may subject an employee to disciplinary action, including discharge.

Employees are responsible for protecting their own passwords. Sharing user identifications and passwords is discouraged. Employees may be held responsible for misuse that occurs through such unauthorized access.

Employees are required to log out on a daily basis to improve security to their files, company data etc., and to discourage misuse by others, and to let your machine get updated after hours.

Employees are responsible for reporting violations of this policy to NECI management. NECI management is responsible for determining appropriate disciplinary action.

The company reserves the right to monitor and review use and data stored on company equipment, including hard drives, at any time without prior notice. NECI has software which tracks employees use of computers.

*Northern Engineering & Consulting, Inc.*

## Health and Safety

**Policy**

The company has established guidelines to provide and maintain safe working conditions, free of recognized hazards and to follow operating practices that will safeguard all employees.

**Practice**

Employees are our most valuable assets; safety is an important consideration in the operation of our business. Safe practices on the part of all employees must be part of each operation.

Accident prevention and productivity go hand-in-hand. All levels of management have a primary responsibility for the safety and well being of our employees. This responsibility can only be met by working continuously to promote safe work practices among all employees, and to maintain property and equipment in safe operating condition at all times.

We will comply with applicable regulatory requirements imposed by tribal, federal, state and local laws, rules and regulations.

**Responsibility**

All employees are responsible for complying with and making themselves familiar with their departmental safety procedures and corporate health and safety policies/procedures. Employees are responsible for reporting all accidents, dangerous occurrences, or potential hazardous situations to the immediate supervisor and the corporate health and safety officer.

Operating company management is responsible for the implementation of the corporate health and safety policies/procedures within their respective companies. This includes giving health and safety concerns a high priority in the design, and implementation of departmental activities and safety procedures.

Operating company responsibilities also include annual self-audits of the respective facilities so they conform to regulatory and corporate health and safety requirements. Further responsibilities include: 1) ensuring that employees are made aware of, and are properly trained in, all relevant safe operating procedures; and 2) ensuring that accidents are recorded, investigated and reported to the corporate health and safety officer in a timely manner.

Departmental supervisors must make sure their employees understand and comply with corporate health and safety policies/procedures and the individual department's health and safety program. They must report unsafe conditions to their respective operating company manager and establish monthly safety meetings with employees. Supervisors will also hold employees accountable for conformance with corporate and departmental health and safety policies/procedures.

The corporate health and safety officer has the responsibility of interfacing with management, employees and outside agencies on health and safety programs, and acting in a technical and advisory capacity for departments and branches. This includes providing advice and assistance to staff at all levels on aspects of accident prevention by means of normal channels of

*Northe: Engineering & Consulting, 1 .*

communication and by formal training techniques. The corporate health and safety officer is also responsible for monitoring the company's compliance with existing health and safety policies/procedures.

In addition, the corporate health and safety officer will advise company management on implementation of projected legislation and recommend action where appropriate; coordinate emergency response and maintain effective relations with external emergency systems, which includes the authority to stop work practices which are immediately or potentially hazardous; and ensure that each facility has a designated safety coordinator.

**Foot Protection**

**Policy**

The wearing of safety shoes and other foot protection is mandatory in certain job classifications and certain work areas. These areas will be designated and specified by the corporate health and safety officer in conjunction with operating company management. In such areas where foot protection is necessary, the wearing of safety shoes or special footwear is a condition of employment.

The foot protection policy has been established to protect employees from foot injuries due to hazards in the work environment. This policy allows for a reimbursement to employees to help defray the cost of safety shoe protection.

**Practice**

In positions where potential work hazards exist, such as employees handling concrete cylinders and blocks, construction sites and similar employment activities, employees will be required to wear protective footwear. Eligible employees will be provided with one pair of safety shoes tri-annually (3), except in certain job classifications where the department manager may approve more than one set of footwear due to increased deterioration caused by working conditions, or when insulated/non-insulated footwear is needed. The maximum reimbursement per pair of shoes is $75, with appropriate documentation.

**Responsibility**

You have the responsibility to wear shoes of sturdy construction including steel-toes and steel-insteps, to avoid puncture and to wear safety shoes while performing jobs that may be a potential foot hazard. You must submit to your manager receipts for shoes purchased to be eligible for reimbursement.

Supervisors have the responsibility to inform workers of the need for safety shoes in designated areas and activities, advise employees how to get reimbursement for safety footwear from their department, enforce the use of protective footwear for the employees within the department, and exercise proper disciplinary action when this policy is not in compliance.

*Northe. Engineering & Consulting, I .*

The corporate health and safety officer has the responsibility to identify activities and locations needing protective footwear, to provide sources of safety footwear, and to administer and coordinate the footwear program.

## Hearing Protection

### Policy

The company provides its employees with proper personal protective equipment when necessitated by work activities or required by law.

### Practice

All employees who are required to wear personal protective hearing equipment will do so at all times when exposed to excessive sound levels.

### Responsibility

Employees have the responsibility to use the hearing protection in areas that have been identified as being a potential hazard.

The managers' and supervisors' responsibilities include educating employees on the proper use and care of the hearing protection, notification of processes or environments requiring its use, and ensuring the use of hearing protection in areas that have been identified by the health and safety officer.

The health and safety officer is responsible for identifying areas and processes that may meet or exceed the OSHA time-weighted average. This will include sound monitoring to determine decibel levels for suspected processes/activities. Other responsibilities include the identification of appropriate types of hearing protection and to recommend disciplinary action for employees who fail to use this personal protective equipment. The health and safety officer also has the responsibility to administer a hearing conservation program when the need is indicated by the noise monitoring features.

## Safety Vests

### Policy

The company provides its employees with proper personal protective equipment when necessitated by work activities or required by law.

### Practice

All employees who are required to wear safety vests will do so at all times when exposed to road or street traffic.

*Northern Engineering & Consulting, Inc.*

**Responsibility**

Employees have the responsibility to use safety vests in areas that have been identified as being hazardous.

**Hard Hats**

**Policy**

The company provides its employees with proper personal protective equipment when necessitated by work activities or required by law.

**Practice**

All employees who are required to wear protective hard hats and will do so at all times when exposed to potentially hazardous situations. (i.e. when around  any bridge work, when work is being done from above, or when required by the job supervisor)

**Responsibility**

Employees have the responsibility to use hard hats in areas that have been identified as being hazardous.

*Northern Engineering & Consulting, Inc.*

## Serious and Contagious Illness

### Policy

The purpose of this policy is to specify the company position regarding serious and contagious illnesses (AIDS, cancer, heart disease, leukemia, lupus, etc.). We recognize that continued employment is important, both financially and emotionally, for an individual with a serious or contagious illness. As long as the affected employee is able to meet the performance criteria of his or her job and, as a result of the disease, does not pose a further threat to the health and safety of the employee, co-workers or clients, the affected employee will be permitted to work.

### Practice

In order to ensure that an employee with a serious or contagious illness does not pose a further threat to the health and safety of the affected employee, or threaten the health and safety of co-workers, we may, at our discretion, require an individual with a serious or contagious illness to provide medical documentation stating that continued employment will pose no threat to his or her own safety or the safety of others. In some cases, we may require a second opinion from a company-designated doctor. We reserve the right to use the opinion of the company-designated doctor in determining employment status.

An employee's health condition is personal and confidential. We will endeavor to maintain confidentiality to the greatest extent possible.

We will attempt to make reasonable accommodations to allow an employee with a serious or contagious illness to continue working. We will consider the nature, duration and severity of the health risk the illness poses to the affected individual, co-workers, and clients. Our business needs and good business practices will also determine whether an accommodation is reasonable and can be made.

The company, under all circumstances, may establish appropriate standards and additional requirements for employees on a case-by-case basis if there are compelling medical or health and safety reasons for them.

### Responsibility

Employees with a serious illness should work with an appropriate physician and insurance carrier to determine the best care coverage plan. Employees should also seek support services within the community to assist with the acceptance and recovery process or support services through NECI management.

Supervisors should remember that an employee's health condition is personal and confidential and take reasonable precautions to protect such information.

*Northern Engineering & Consulting, Inc.*

**Tobacco-free Facilities**

**Policy**
The use of tobacco or tobacco products within all company facilities, including job site trailers and company vehicles, is prohibited.

**Practice**

Smoking on company grounds outside company facilities is permitted as long as those areas used for smoking are kept clean and employees do not spend time beyond normal break periods away from regular job responsibilities. Beltrami County Smoking Ordinance states that all smokers must be at least 15 feet away from any doorway or window opening. (Alley)

Noncompliance with this policy may cause action up to and including suspension or termination.

The company makes available to employees and spouses financial assistance for participating in cessation programs of their choice. We will pay 50 percent of the cost of the program initially and will reimburse you the remainder after you are tobacco-free for one year.

**Responsibility**

It is your responsibility to observe this policy.

It is the manager or supervisor's responsibility to take action if this policy is not observed.

*Northern Engineering & Consulting, Inc.*

## **Damage to Personal Articles**

**Policy**
The company cannot and will not reimburse employees for damage to personal articles such as shoes, clothes, eyeglasses, etc., while performing normal activities. This policy provides uniformity across the company and removes the potential for conflicts that may arise.

**Practice**

If you damage personal articles, you are fully responsible for the replacement of those damaged articles.

Employees are responsible for replacing personal articles damaged within the course of their work activities.

**Responsibility**

Managers and supervisors are responsible for replacement of any personal protective equipment or other equipment supplied to employees so employees can continue to perform their work activities.

| **NECI Supplied Articles** | **Employee Supplied Articles** |
| --- | --- |
| Waders | Rain Gear |
| Hard Hat | Winter Gear |
| Eye Protection | Gloves |
| Safety Vests | |
| Ear Protection | |
| Boots (see page 36) | |

*Northel̄ Engineering & Consulting, 1̄.*

## Alternate Duty

**Policy**

The company will maintain safe and healthy working conditions and encourage safe work practices. We encourage employees to maintain a safe environment during all activities of their personal lives. However, should a work-related or off-the-job injury or illness occur, the following guidelines have been established to provide employees with the opportunity to continue to work at a reduced capacity in an alternate job.

**Practice**

**Alternate duty** is defined as any job other than the employee's regular job, which the employee is medically qualified to perform.

If you have a work-related or off-the-job injury or illness and cannot return to your regular job, your medical status will be evaluated by NECI management, with your cooperation, to determine if you are capable of alternate duty work.

If approval is received, NECI management will coordinate with you to review your medical restrictions and evaluate any proposed alternate duty assignment to ensure you are not required to perform duties which would aggravate your existing condition.

We will try to find alternate duty for you, but we are under no obligation to do so. Employees with work-related injuries will be given priority over employees who have sustained injuries off the job.

**Responsibility**

Supervisors should cooperate in finding suitable alternate duty work for employees.

NECI management is responsible for evaluating an employee's medical status to determine if alternate duty is possible and, if necessary, to coordinate with the employee to find suitable alternate duty work.

NECI management has the responsibility to resolve conflicts regarding the refusal of available alternate duty work, if medical personnel believes the injured employee can perform the alternate duty work without further aggravation to the employee's condition.

*Northern Engineering & Consulting, Inc.*

## Accident Investigation

**Policy**

All accidents, including personal injuries and vehicle accidents will be investigated to gather information to formally document the event and eliminate the potential of recurrence.

**Practice**

An employee is responsible for immediately notifying NECI management or supervisor of any personal injury or vehicle accidents.

**Responsibility**

NECI management will complete a first report of injury and accident investigation form within 24 hours of the occurrence or within 72 hours if the occurrence happens over a weekend.

NECI management is responsible for providing guidance to supervisors in proper accident investigation techniques and for investigating serious work-related injuries and illnesses including vehicle accidents. When appropriate, NECI management will submit a report of the results and recommendations to the insurance underwriters and interface with appropriate regulatory agencies that may become involved.

Upon notification of a severe personal injury or vehicle accident, NECI management may recommend corrective actions.

Severe/Serious Injury is defined as: requiring a doctor visit.

See drug & alcohol testing as outlined in the drug & alcohol testing policy for post accident testing.

*Northe͡ Engineering & Consulting, ͡ .*

## Company-Owned Vehicle Use

**Policy**

All operators of company-owned vehicles shall operate and maintain vehicles in a safe manner in compliance with all applicable laws, regulations and company policies in order to minimize injury to persons and damage to property.

**Practice**

All vehicles will be operated in a manner, which reduces the likelihood of damage and premature failure of the vehicles or injury to employees or others. While driving on behalf of the company, seat belts must be worn.

We will assign company vehicles and authorize an employee to operate a company vehicle in connection with job responsibilities.

Operation of a permanently assigned company vehicle is expressly limited to the employee to whom the vehicle is assigned unless prior approval is obtained by the company president.


*Use of tobacco, in any form, shall be permitted in designated company vehicles only. To have a vehicle designated as a "tobacco vehicle" a written request shall be submitted to an NECI officer.

A motor vehicle mileage report will be obtained weekly from employees assigned to company vehicles.

It is the person whom the vehicle is assigned to responsibility to make sure the mileage book for his/her vehicle is filled out correctly and that all routine maintenance of the vehicle is performed on a scheduled basis. i.e. Lube, oil filter every 5,000 miles.

- Vehicle Mileage Logs are due every Monday of each week- Turn into Andrea, Office Manager

- Mileage not coded with description will be considered  personal use and will be billed and charged as income (to the employee assigned the vehicle)

- If logs are not turned in weekly all miles will be charged to the person assigned to the vehicle.  If not turning in the logs become practice, vehicle privileges will be revoked.

- Storage mile allowance i.e. mileage driving to and from work shall be coded storage (ss)

- Personal use of the vehicle is allowed, however, miles will be charged at operating cost + $0.05/mile.  Fee for personal miles shall be paid before the 1st of the following month.  (i.e. fees for month of April need to be paid by June 1st). 300 miles are available for personal use each month.

- Vehicle costs to operate vehicle includes maintenance & repair.

Employee Handbook                                                                                              45

*Northern Engineering & Consulting, Inc.*

- Accident repairs under $500 will be included in operating costs.

- NECI is self insured. Accidents over $500 will not be included in operating costs but will be subtracted from NECI "profit sharing".

Any employee whose motor vehicle report contains any of the following will be required to take the corrective action which the company, at its sole discretion, determines to be appropriate:

- Moving violations
- Involvement in motor vehicle accident
- Driving while intoxicated or driving while under the influence citation

Corrective action may include, but is not limited to, a defensive driving course, and alcohol or chemical dependency treatment/counseling.

We will obtain motor vehicle reports at six-month intervals for any employee with the above violations to determine if the employee's authorization to use company vehicles should be revoked.

We have the authority to revoke any employee's privilege to operate company vehicles at any time. Examples of circumstances under which employee's authorization may be revoked include the following.

- Two moving violations in the last three years in combination with one at-fault accident;
- Three moving violations within the last three years with no at-fault accidents;
- Two at-fault accidents within the preceding three-year period with no moving violations; and
- Major violations in the last three years (DWI, vehicular homicide, reckless driving, drug related violation, and leaving the scene).

Applicants for positions which entail the use of company vehicles or the applicant's vehicle for company business will not be hired if their motor vehicle record contains any of the violations listed above.

**Responsibility**

It is your responsibility, if assigned or authorized to use a company vehicle, to notify your manager or supervisor of any moving violation citation you receive or any accident in which you are involved in as soon as possible, but no later than 24 hours after the occurrence.

Supervisors will advise employees of the company vehicle use policy and notify NECI management immediately should an employee operate a company vehicle in a manner that is inconsistent with this policy.

NECI management will review motor vehicle records and other associated information and provide recommendations to the appropriate managers or supervisors.

*Northe.  Engineering & Consulting, .  ..*

## Employee-Owned Vehicle Use

**Policy**

All employees operating personal vehicles while representing the company shall do so in a manner that complies with all applicable laws and regulations. In an effort to minimize potential damages to vehicles or injury to employees or others, we have implemented this policy to ensure that employees maintain adequate vehicle insurance.

**Practice**

If you operate your own vehicle while representing the company, you are required to annually submit, or when renewed if sooner, a copy of the proof of insurance slip that normally is maintained in your vehicle. The copy of the proof of insurance should be sent to the corporate health and safety officer.

Also, you must notify NECI management of any moving violations or accidents in which you may be involved, whether work related or not. Personnel who have not submitted proof of insurance and employees who are identified as being unreasonable risks may not be eligible to operate personal vehicles on our behalf or collect mileage reimbursement.

While driving on behalf of the company, seat belts must be worn.

**Responsibility**

It is your responsibility to notify NECI management of any moving violations, accidents, suspension of license or discontinuance of insurance.

NECI management will identify employees who pose an unreasonable risk to the organization by applying our insurance underwriter's guidelines and notifying the employee of discontinuance of driving privileges (if appropriate) while representing the company.

NECI management will obtain reports annually to ensure consistency with the reporting of moving violations and vehicle accidents by employees for risk assessment.

*Northern Engineering & Consulting, Inc.*

## Employee Pregnancy Notification

**Policy**

Employees working with or near radioactive materials are required to provide the company notification upon confirmation of their pregnancy.

**Practice**

These requirements are mandated by the United States Nuclear Regulatory Commission, which requires employers to monitor an employee's occupational radiation exposure during their pregnancy.

Employees who disclose their pregnancy to the company will not be discriminated against in any manner, and all such information will be held in strictest confidence.

**Responsibility**

Employees who receive confirmed knowledge of their pregnancy should contact and disclose this information, to the corporate health and safety officer.

Employees with questions or concerns regarding this policy are encouraged to contact the corporate health and safety officer or their local radiation safety officer for further clarification.

The corporate health and safety officer (CHSO), in conjunction with the corporate radiation safety officer (CRSO), will assess, measure and make recommendations to ensure that the occupational radiation dose rate is within acceptable regulatory limits.

Departmental managers are responsible to provide support and resources in response to investigations and recommendations by the CHSO and CRSO.

*Northern Engineering & Consulting, Inc.*

## Drug and Alcohol Testing

**Policy**

It is company policy that employees be free of substance abuse.

To promote this policy the company prohibits the use, possession, sale or transfer of controlled substances. This prohibition covers all employees of the company and applies to the following places: the company's own premises, the premises of all client/contractor(s) to whom the company assigns employees on a temporary basis, parking lots and other public or semi-public spaces near the premises of the company or its client/contractor(s), and all places where the employee's presence or performance is necessary to perform the work required by the company or its client/contractor(s). The prohibition also includes the use or possession of alcohol on any of the foregoing places. The overall goal of drug and alcohol testing is to ensure a drug-free work environment and to reduce accidents, injuries and fatalities. Employees performing Research and Special Programs Administration (RSPA) and/or Department of Transportation (DOT) covered functions may be subject to additional written programs developed/maintained by the corporate health and safety department. The written programs will be provided to each affected employee by the health and safety department when applicable.

1.    **Definitions**
As used in the company drug and alcohol testing policy:

a.    Confirmatory test and confirmatory retest-means a second analytical procedure to identify the presence of alcohol, a specific drug or metabolite over the threshold amounts adopted by the United States Department of Transportation (DOT) or Nuclear Regulatory Commission (NRC), whichever is less, which is independent of the initial screening test and which uses a different technique and chemical principle from that of the initial test in order to ensure reliability and accuracy of the test result.

b.    Controlled substance-means a drug or substance or immediate precursor included in 21 U.S.C. 812, Schedules I through V, as revised from time to time.

c.    Drug-marijuana, cocaine, opiates, amphetamines and phencyclidine (PCP).

d.    Medical review officer (MRO)-means a licensed doctor of medicine or osteopathy with knowledge of drug abuse disorders that is employed or used by the company to conduct drug and alcohol testing in compliance with the company's policy.

e.    Positive test result-means a positive result on an initial screening of a specimen, which has been confirmed positive using gas chromatography/mass spectrometry, or other scientifically accepted methods on the same specimen.

f.    Use-means the detectable presence of drugs or alcohol over the threshold amounts established by the DOT regulations or NRC regulations, whichever has the lower threshold.

*Northe\* Engineering & Consulting, \*.*

2.  **Types of drug testing**
    To the extent allowed by applicable laws, the company may conduct drug and alcohol testing under the following circumstances: (a) pre-employment, (b) random testing, (c) reasonable cause, (d) post-treatment program, and (e) post-accident.

    a.  *Pre-employment testing*: All applicants for employment must submit to a drug and/or alcohol test at the time the company offers the applicant employment. Employment is contingent upon a negative drug and/or alcohol test result. If the company withdraws a contingent offer of employment based upon a positive test result the applicant will be informed of the reason for withdrawal of the offer.

    b.  *Random testing*: Employees will be randomly tested quarterly for controlled substance. A covered employee shall be subject to drug testing on an unannounced and random basis. Each covered employee shall be in a pool of employees covered by this policy from which random selection is made by MeritCare Clinic. Each employee in the pool shall have an equal chance of selection and shall remain in the pool, even after the employee has been tested.

    c.  *Reasonable cause testing*: The company will also require employees to undergo drug or alcohol testing upon reasonable cause that the employee's faculties are impaired on the job as a result of drug use or alcohol consumption. Reasonable cause for requiring an employee to submit to drug or alcohol testing shall be deemed to exist when an employee: (1) manifests physical or physiological symptoms or reactions commonly indicative of the use of controlled substances or alcohol or (2) has violated the employer's written work rules prohibiting the use, possession, sale, or transfer of drugs or alcohol while working on the employer's premises, or operating the employer's vehicle, machinery or equipment.

    d.  *Post-accident*: Post accident drug and alcohol testing shall be performed on any employee that:
        (1) has sustained a severe personal injury or an injury covered under workers' compensation
        (2) has caused another employee to sustain an injury
        (2) has caused a work-related accident or was operating or helping to operate equipment, machinery or vehicles involved in a work-related accident.

    *Severe/Serious Injury is defined on page 44*

3.  **Drugs tested for and consequences of a confirmed positive test**
    Any applicant who tests positive for the presence of drugs or alcohol will be offered to participate in a substance abuse program at the employee's expense or may request a confirmatory retest at the cost of the employee. If the confirmatory retest indicates a negative result no adverse personnel action will be taken against the employee. If the confirmatory retest indicates a positive result the company will offer the employee drug or alcohol counseling or a rehabilitation program, whichever is more appropriate, at the employee's expense. If either offers are refused employee may be terminated under Minnesota Statue 181.953 Sub 10.

*Northern Engineering & Consulting, Inc.*

4.    **Consequences of refusal to cooperate in testing**
Each employee and applicant has the right to refuse drug and alcohol testing when the company requires it. Refusal to cooperate with testing, including intentional alteration or substitution of a sample, however, will be grounds for refusal to hire an applicant and considered to be implied consent as a confirmed positive test for existing employees. Upon testing the specimen, if the uric acid content, specific gravity, or other metabolic wastes are diluted below normal parameters, the sample will be considered altered. This may result in refusal to hire an applicant or termination of existing employee's employment, unless medical evidence exists which would justify the dilute specimen.

5.    **Testing procedures and reporting of test results**
All urine specimens tested under this policy will be collected in compliance with DOT regulations. MeritCare Clinic is responsible for taking the sample and then submitted to a NIDA-approved laboratory for testing.

Pursuant to applicable laws, individual test results for applicants and employees will be released to the company and will be kept confidential unless the employee's prior consent for the release of the test results has been obtained.

Any employee or applicant who has submitted to drug or alcohol testing in compliance with this policy will be informed in writing by the company of the test result and will be given a copy of the test result upon request.

6.    **In the case of a positive test result, the company will inform:**

An employee of his or her right to submit information to explain the result or request a confirmatory test.

7.    **Employee's right to request a confirmatory retest**
An employee or applicant testing positive who makes a timely request (within five days) for a confirmatory retest of the original sample, will be granted a retest by the company's MRO. The employee or applicant making the request must pay all costs associated with the retest before the retest is performed.

8.    **Company's rights**
The company reserves the right to amend, modify, alter or terminate this policy at any time to the extent permitted by law. This policy does not constitute a contract between you and the company.

*Northern Engineering & Consulting, I.*

# MEMO

Date: 1/25/2006

To: All NECI Employees

From: James Garrigan & Wally Gladstone

Re:  Drug Testing

---

Phase I of Northern Engineering & Consulting, Inc. (NECI) drug testing policy is complete.

Phase II will consist of randomly testing all employees.  The employees choosen to be tested will

be selected by the Merit Care Clinic.

*Northern Engineering & Consulting, Inc.*

## Disciplinary Action Policy

Northern Engineering & Consulting, Inc., believes that reasonable rules regarding employee conduct are necessary for a safe and efficient workplace. We are responsible for educating employees about our workplace rules, and we give our employees all possible chances to correct their behavior.

## DISCIPLINARY PROGRESSION
Disciplinary action typically follows the subsequent progression:
1. Verbal warning
2. Written warning
3. Reduction/change of duties
4. Suspension
5. Termination

There is no set number of times a less-severe action must be taken before the disciplinary action progresses to a more severe action, and we may skip a step at any time as we deem necessary. At each step, the employee will be warned of the consequences should s/he continue or repeat the offense. If no further problems occur, no further disciplinary actions will be taken.

## DETERMINANTS OF DISCIPLINARY ACTION
Northern Engineering & Consulting, Inc., looks at four main factors when determining an employee's disciplinary action:
1. Seriousness of offense
2. Repetition or duration of offense
3. Existence of any prior offenses and disciplinary actions
4. Employee response to previous disciplinary actions and current impending disciplinary action

Depending on these four factors, we may skip any of the disciplinary progression steps listed above. In the most serious cases, termination may be the first and only disciplinary action taken.

## RECORD KEEPING
Northern Engineering & Consulting, Inc., keeps a written record of all disciplinary actions taken, including verbal warnings. These reports will remain a part of the employee's record. If the employee does not commit any other offenses, the report will be taken off of the employee's record. The report will, however, still remain a part of the employee's personnel file. If the employee commits additional offense(s), the original report as well as the new report(s) will stay on the employee's record.

*Northei  Engineering & Consulting, i  .*

# DISCIPLINARY ACTION FORM

| Employee Name: | Employee Job Title: |
|---|---|
| Supervisor Name: | Today's Date: |

**INCIDENT INFORMATION (attach documentation, if any)**

| Date/Time of Incident: | Location: |
|---|---|

| Description of Incident: |
|---|
| |

| Witnesses, if any: |
|---|
| |

| Policy/Policies Violated: |
|---|

**DISCIPLINARY ACTION (attach documentation, if any)**

| Disciplinary action to be taken: |
|---|
| |

| Consequence(s) if employee repeats this offense: |
|---|
| |

| If the employee has offered an explanation of his/her conduct, detail explanation here: |
|---|
| |

I have read the above, and I understand the consequences if I repeat my offense.


_____     _____
Signature of Employee                              Date


_____     _____
Signature of Supervisor                             Date

*Northern Engineering & Consulting, Inc.*

**Northern Engineering & Consulting, Inc.**

**Travel Policy**

*Northe* *Engineering & Consulting, I* .

**TRAVEL POLICY**

**Section I:**
    **Travel and per diem.**

A.    Employees using their own vehicles for NECI business shall be reimbursed for mileage at one of the following the rates of (a) IRS current mileage rate minus $0.05, (b) Half of the IRS mileage rate when a company vehicle is available to use (personal choice to use own vehicle). (c) No mileage will be reimbursed for personal vehicles when another NECI staff member is traveling to the same location for the same purpose. Staff does not have to travel together but only one vehicle will be reimbursed via (a) or (b). The following is also required:

    1. All receipts must be submitted for reimbursement.

    2. Travel / Mileage Log must be submitted.

    3. The administrative staff certify claims.

B.    Per diem for In and Out-of-State.

    Employees who are authorized by the President/Vice President/Project Manager to attend meetings, conferences, seminars, project based travel, etc., and who will also be required to remain away from home overnight may be advanced 80% of estimated expenses as established by NECI. Information on *Expense Report* must be supported by accompanying support documentation. Expenses must conform to any requirements imposed by the Internal Revenue Service. Cash in excess of actual expenses that were advanced for travel must be returned to the company within 5 days.

C.    Other Allowable Expenses

    1. Cab fare with returned receipts.

    2. Parking with returned receipts.

    3. Secretarial services with receipts and justification.

D.    Travel Authorization.

    Employees traveling out-of -town will be required to notify administrative staff prior to making the trip in order to insure and receive travel expenses and reimbursements.

**Section II**
    **Other Requirements**

    The included Travel Guidelines, Travel Authorization, Travel Voucher, Reconciliation, and Travel / Mileage Log are hereto made part of these Travel Policies.

*Northern Engineering & Consulting, Inc.*

## TRAVEL ADVANCES

Travelers may be advanced for up to 80% of the expenses for travel. A travel advance will not be considered if there is an outstanding balance owed from previous travel.

Any outstanding travel advance owed the program that is not returned will be deducted from subsequent travel advance.

Employees do not have discretionary authority. An employee is not allowed to extend overnight trips, or to stay overnight by his/her own option. The President/Vice President must be notified so that approval or disapproval may be determined.

# Northern Engineering & Consulting, Inc.

## TRAVEL/MILEAGE LOG

Name of Traveler _____

| Date | Purpose of Trip | From | To | Beginning Mileage | Ending Mileage | Total Miles |
|------|-----------------|------|----|-------------------|----------------|-------------|
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |
|      |                 |      |    |                   |                |             |

Employee Handbook

## *Northern Engineering & Consulting, Inc.*

NAME OF TRAVELER:_____

1. Travel Advanced:

      Airfare $_____     Registration Fees $_____

      Lodging $_____X_____ Days= $_____

      Meals $_____X_____ Days= $_____

      Gas $_____X_____ Days= $_____

**TOTAL TRAVEL ADVANCED $_____**

2. Non-Travel Advanced/Expenses

      Lodging _____ Days X $_____ day = $_____

      Meals _____ Days X $_____ day = $_____

      Gas $_____

      Misc. $_____

      Mileage: _____ miles x _____ per mile= _____

3. Total Lodging, Meals & Gas: $_____

4. Project:_____

5. Amount claimed by traveler (Line 3)     $_____

6. Less amount advanced to traveler     $_____

7. Amount Due to Traveler

      Date:_____ Amount $_____ Check No._____

8. Amount Due NECI $_____

      Date received: _____

TRAVELER SIGNATURE:_____ Date:_____

APPROVED BY:_____ Date:_____

VERIFIED BY: _____ Date:_____

**NOTE: As the traveler, by signing this form you agree to produce all receipts that you incurred during your travel. All receipts must be turned in no later than 5 days from return from travel. If you do not turn in receipts within those 5 days, the company will reduce your next paycheck by monies advanced for travel.**

EXHIBIT C

**Office**

| From: | mrejay@havremt.net |
|---|---|
| Sent: | Tuesday, November 23, 2021 5:45 AM |
| To: | lisa.gladstone@neciusa.com; wallace.gladstone@neciusa.com; guy.ahlstrom@neciusa.com |
| Cc: | michael.mcfarlane@neciusa.com; john.kluck@neciusa.com; terry.freeman@neciusa.com; Office |
| Subject: | Re: Moving Forward |

Good morning everyone,

Can I have the Verizon account information, I would like to keep my existing number and I can't do that without that information. I tried to do it this weekend but I could not do that because you have to do that particular function during regular business hours. And then my phone was shut off on Monday.

Because my phone was turned off I've already lost one project because they could not contact me and they needed it done right away. That was with Ray maker the cell tower company I'm pretty disappointed about that. It seems like we could have done this much more professionally. If if anyone would like to see the email where project was canceled because he couldn't reach me I would be glad to forward that as well.

Thanks,

Jay Springer

On 2021-11-22 11:09, mrejay@havremt.net wrote:

Good morning everyone,

I'm requesting a copy of the partnership agreement. Subsequent to the last purchase of my stock. Since I don't have access to the files or email anymore, I would appreciate an updated copy of this agreement.

Thanks,

Jay Springer

On 2021-11-16 16:19, mrejay@havremt.net wrote:

Good afternoon all,

I am just curious as to whether you had a chance to review the email I sent out yesterday? By the way this is the email you can contact me on now. The decisions we make now determine how I wish to move forward. You an also reach me via phone at 406-702-0030. I hope to keep this number when I switch from the NECI account. As of yet I have heard from no one on the email I sent yesterday. I need to know where I stand, so I can make informed decisions.

Thanks,

Jay Springer

## Office

| | |
|---|---|
| **From:** | mrejay@havremt.net |
| **Sent:** | Monday, November 22, 2021 6:00 PM |
| **To:** | Office |
| **Subject:** | Fwd: RE: 51742 Baylor (St. Marie) & 51758 Bridge Elementary (Big Timber) |

-------- Original Message --------

**Subject:** RE: 51742 Baylor (St. Marie) & 51758 Bridge Elementary (Big Timber)
   **Date:** 2021-11-22 15:46
 **From:** Adam Sindermann <asindermann@ramaker.com>
    **To:** "mrejay@havremt.net" <mrejay@havremt.net>

Hi Jay,

I tried calling your cell but it appears that has been cut off now too. Real quick, I know we are in a pinch for timelines, so I have awarded the site in St. Marie (#51742) to Joe Kauffman since it is so much closer to him and he is able to get out there this week. Please cancel the St. Marie request for staking.

For the site near Big Timber, I'd like to give that one to you if you are able to take it on still. Could you please let me know asap?

Thanks,



**Adam Sindermann** | Project Manager
**RAMAKER** | *employee-owned*

855 Community Dr, Sauk City, WI 53583
D (608) 644-2201 | M (775) 385-7671
www.ramaker.com |
asindermann@ramaker.com


1

**From:** Adam Sindermann
**Sent:** Monday, November 22, 2021 11:32 AM
**To:** 'mrejay@havremt.net' <mrejay@havremt.net>
**Subject:** RE: 51742 Baylor (St. Marie) & 51758 Bridge Elementary (Big Timber)


Hi Jay,


Hope you had a nice weekend. Have you had a chance to fit these in the schedule yet? Please let me know as soon as you can. I know this week is going to go quick!


Thanks,




Adam Sindermann | Project Manager
RAMAKER | *employee-owned*

855 Community Dr, Sauk City, WI 53583
D (608) 644-2201 | M (775) 385-7671
www.ramaker.com |
asindermann@ramaker.com




**From:** Adam Sindermann
**Sent:** Thursday, November 18, 2021 11:11 AM
**To:** mrejay@havremt.net
**Subject:** 51742 Baylor (St. Marie) & 51758 Bridge Elementary (Big Timber)


Hi Jay,


Thanks for taking my call! I just got the approval to move ahead with construction staking. Could you please add these to your soonest available and let us know the dates? Again, if you are able to make it before Thanksgiving that would be ideal. I know we are calling it close.


Feel free to reach out with questions.

2

Thanks,

Adam



Adam Sindermann | Project Manager
RAMAKER | *employee-owned*

855 Community Dr, Sauk City, WI 53583
D (608) 644-2201 | M (775) 385-7671
www.ramaker.com |
asindermann@ramaker.com
  

EXHIBIT D



200 N 34th Street • Billings, MT 59101
406-839-2217 * Fax 406-281-8258
www.neciusa.com

February 4, 2022

Mr. Jay Springer
928 Boulevard Avenue
Havre, MT 59501

Mr. Springer,

In response to your verbal refusal to return NECI stock certificates that have been
purchased from you in accordance with the stock purchase agreement, the NECI Board of
Directors has taken official action to cancel the 52 shares of stock. You are no longer
required to return the stock certificates and NECI will continue to pay you in accordance
with the NECI stock purchase agreement, Sections 7.1, 7.2 and 9.1.

If you have any questions or require additional information, I can be reached at 406-850-
4530.

Sincerely,

Lisa Gladstone
President