

March 30, 2022

Mrs. Lisa Gladstone, President
Northern Engineering & Consulting, Inc.
200 North 34th Street
Billings, MT 59101

RE: Fort Belknap TTP- Jay Springer

Dear Mrs. Gladstone,

During the Fort Belknap Transportation Construction Season of 2019, I was assigned to take mixed design samples to a lab in Billings, MT a few times. I had to get pick up the samples from Jay Springer at the Route 15 Construction Site. The second time I picked up a sample I received an inappropriate text from Jay. I cannot remember word for word what the text said but it was along the lines of him wanted to go with me to Billings and commented on the way I looked. This made me very uncomfortable. I did not tell anyone about the text except my coworker Dawn Chandler. I also made sure that I blocked his cell after that text. I tried to avoid Jay anytime he was in the office. About a month after he sent that text Jay was in the lobby area of the Fort Belknap Transportation building waiting for the Fort Belknap TTP Director, Jay asked me if I wanted to go have fun with him. I pretended not to hear Jay and went into my office and locked the door. I did not report Jay to my boss at the time as they are friends.

October 26, 2021 I was delegated by the Fort Belknap Indian Community CAO as the Acting Transportation Director. I requested a meeting with Jay Springer on October 27th to update the TTP Staff and myself on any and all projects that NECI is working on pertaining to the TTP Program. I also requested that he bring all the important documents that Jay was working on for the Fort Belknap TTP. When Jay arrived at the meeting he had no documentation, gave the staff very little information on the projects and was rude. I asked Jay on two separate occasions to email me all the documents. He did not.

I met with the TTP Staff, Fort Belknap CAO and TTP Council Oversight Jeff Stiffarm on the behavior of Jay Springer. We decided that Fort Belknap TTP no longer wanted Jay as our Project Manager due to his unprofessionalism.

I advised NECI that Fort Belknap TTP no longer wanted Jay Springer as our Project Manager.

**NECI 000098**

EXHIBIT D

If you have any questions, feel free to call me at 406-390-0749.

Sincerely,

*Elizabeth HorseCapture-Azure*

Elizabeth HorseCapture-Azure, Fiscal Manager
Fort Belknap Transportation Department

NECI 000099

EXHIBIT D