Cory R. Laird
Riley M. Wavra
LAIRD COWLEY, PLLC
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:  (406) 541-7400
Facsimile:  (406) 541-7414
Email:       claird@lairdcowley.com
             rwavra@lairdcowley.com

Attorneys for Northern Engineering & Consulting, Inc.

Nathan J. Hoines
Kelli A. Cummings
Hoines Law Office, P.C.
P.O. Box 829
Great Falls, MT 59403
Telephone:  (406) 761-0996
Facsimile:  (406) 761-3856
Email:       office@nathanhoineslaw.com

Attorneys for Jay Springer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| JAY SPRINGER,<br><br>       Plaintiff and Counter-Defendant,<br><br>   vs.<br><br>NORTHERN ENGINEERING & CONSULTING, INC. (NECI),<br><br>       Defendant and Counterclaimant. | Case No. CV-22-35-GF-BMM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW, the Parties, and respectfully stipulate to the dismissal of the above-captioned matter with prejudice, on the grounds that this matter has been settled. The Parties respectfully request that this Court enter an order dismissing the above-entitled cause with prejudice, with each party bearing their own attorneys' fees and costs. A proposed order has been submitted for the Court's convenience.

DATED this 15th day of February, 2024.

LAIRD COWLEY, PLLC

By:   /s/ Cory R. Laird
       Cory R. Laird
       Attorneys for Northern Engineering &
       Consulting, Inc.

HOINES LAW OFFICE, P.C.

By:   /s/ Nathan J. Hoines
       Nathan J. Hoines
       Attorneys for Jay Springer