IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY SPRINGER,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>NORTHERN ENGINEERING & CONSULTING, INC. (NECI),<br><br>    Defendant and Counterclaimant. | Case No. CV-22-35-GF-BMM<br><br>**ORDER OF DISMISSAL** |

Upon review of the Parties' Stipulation to Dismiss with Prejudice (Doc. 76) and good cause appearing, IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice, with each Party to bear their own attorneys' fees and costs.

DATED this 15th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court